IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-00640-RPM

**YVONNE PEOPLES,**

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY,**

    Defendant.
_____

### ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

The Court, having reviewed the parties' Stipulated Motion to Dismiss with Prejudice, and being fully-advised, hereby GRANTS the Motion. It is hereby ordered that all claims which were brought and all claims arising out of the above-captioned matter which could have been brought by Plaintiff, Yvonne Peoples, against Defendant, American Family Mutual Insurance Company, are hereby dismissed WITH PREJUDICE, each party to pay their own fees and costs.

DATED: November 24th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge